**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TARA LEWANNA ABDULLAH,<br>Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC, *et al.*,<br>Defendants. | Civil Action No.<br>1:26-cv-00350-SDG |

**ORDER**

This case is before the Court on Plaintiff Tara Lewanna Abdullah's motion for the recusal of undersigned from this case [ECF 16]. Under 28 U.S.C. § 455(b)(5)(i), a judge "shall . . . disqualify himself" where he "[i]s a party to the proceeding." Undersigned is named as a Defendant in this case, and therefore recusal is appropriate. Accordingly, Abdullah's motion for recusal [ECF 16] is **GRANTED**. The undersigned hereby **RECUSES** himself from consideration of this action. The Clerk is **DIRECTED** to reassign this action to another United States District Court Judge in accordance with its procedures. However, the Clerk is further **DIRECTED** that the recusal of undersigned from this action shall not impact the assignment to undersigned of other cases filed by Abdullah, now or in the future.

Abdullah's complaint remains pending for a frivolity determination under 28 U.S.C. § 1915(e)(2). Accordingly, her pending motions [ECFs 9, 10, 13, 15] are **DENIED without prejudice**. Abdullah may renew her motions, if not moot, at the appropriate time.

**SO ORDERED** this 3rd day of September, 2026.

Steven D. Grimberg
United States District Judge