FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 11 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Tara Lewanna Abdullah )
Plaintiff. )
)
V. )
etal )
PENNYMAC LOAN SERVICE, LLC, )
RUBIN LUBLIN, LLC )
Eric. K. Dunaway )
Steven D. Grimberg )
Defendants.

Case Number: 1:26-CV-0350 SEG

## PLAINTIFF'S MOTION TO ~~VACATE~~ VOID Ab Initio Interlocutory orders ~~the MOTIONS~~ POST RECUSAL AND REINSTATE MOTIONS FOR ADJUDICATION FOR REASSIGNED JUDGE

Before this Court, Tara Lewanna Abdullah (Plaintiff) in the above style case file ~~this~~ a Motion to vacate the ~~MOTIONS~~ the order 9/13/26 Post recusal and

Reinstate those motions for adjudication to the newly assigned Judge. as they appear on this court docket # 9, 10, 13, and 15 and in part docket # 17 (all except the part of Recusal of Judge Grimberg. Plaintiff files this motion in good faith and or good cause.

Whereas this court's Order issued on 9/3/26 was not of integrity and violated 28 USC 455 and 435 and the Judge oath of office. Plaintiff does not agree with this courts decisions in whole and or in part. Judge Grimberg recussed himself and proceeded to perform/act other than in his ministerial capacity after recusal. Those Orders issued on the descibed motions are VOID Ab Intio under 28 USC. 455 et seq.

Orders entered in this subject matter are VOID or NULL on its face entirely accordingly. It is incredible that this court would would proceed to act without authority or jurisdiction and continue to act with with such prejudice and bias, and divest plaintiff's RIGHT TO Due Process. there has not be any hearing or trial in this case as demaned by Plaintiff or any other active case assigned to Judge Steven Grimberg that Plaintiff is a party of. Whereas a member of the public could would reasonably consider this court's order as bias and prejudice against Plaintiff and lack of confidence of the judical integrity.

Judge Grimberg had the opportunity to recuse himself suasponte but did not until Plaintiff filed a motion to recuse on 7/17/26. whereas Judge Grimberg did not act promptly to fullfil his ministerial ~~act~~ duty or oath of office according to 28 U.S.C§ 455 and 28 U.S.C. 453 et.seq.

Memorandum of Law

1. In Re: Bellsouth Corp., 334 F.3d 941 (11th circuit 2003) The court throughly evaluated the doctrine of wether a judge's post recusal actions are <u>VOID</u> <u>ab intio</u> (from the beginning) The 11th circuit recognized and cited with approval the standard that once a judge recuses under 28 U.S.C § 455 the judge may take no further action other than purely ministerial act

2. Doddy v. Oxy USA Inc., 101 F. 3d 448 (5th circuit, 1996) The Court explicity noted that "once a judge has disqualified himself he or she may take no further action in the matter other than the purely ministerial act of transferring of the case.

3. In Re: United States v. Martin, 455 F. 3d 1227 This case reinforces the 11th circuit fiercely guards the integrity of the bench; orders by a judge that should have stepped aside can not stand if impartiality is compromised.

(left Blank intentionally)

↓

Plaintiff's now moves this Court to vacate the order. issued on Docket 9, 11, 13, and 15 (inpart). I do not agree with this court's decision it is bias, prejudiced and seemingly appears to excert some sort of personal dominance over plaintiff and othe pending case that directly Tara Lewanna Abdullah and a co-defendant to Judge Grimberg that co-defendant being PENNYMAC LOAN SERVICE, LLC. case 1:26-cv-0358. Plaintiff asserts this case and Others that remain pending in District court particularly case 1:26-cv-0358 that District Court lacks authority (as perviously ruled upon 1:24-cv-03627) are worthy of public awareness, scrutiny, and possible impeachment for unethical/Misconduct.

Currently the statistic are ~~8~~ 15 federal judges have been convicted and removed and 3 judges resigned before trial completion. The most recent federal Judge to be impeached and convicted was. G. Thomas Porteous JR.(2010) for accepting bribes and making false statements under ~~OATH~~. penalty of perjury. It is my belief that a judge would not continuously act with misconduct, demonstrate unethical behavior, display of discrimination, without some sort of underlying agenda or incentive unbeknownst to me. Including violating the conflict of intrest rules.

(left blank intentionally)

↓

# Certificate of Service

I certify, that the foregoing Plaintiffs motion to Vacate the 9/3/26 Orders Post re-cusal As Void Ab Intio has be mailed to the parties involved by ~~placing~~ depositing a true and correct copy with the USPS with 1st class postgage affixed on 9/11/26.

* See distribution List attached *

[signature]

Tara Lewanna Abdullah
911 Moreland Ave SE
Atlanta, Georgia 30316
Tabdu007@yahoo.com
404-964-3421

# DISTRIBUTION LIST

CORPORATION SERVICES
Registered Agent for
PENNYMACL LOAN SERVICES, LLC
289 S. CULVER ST
LAWRENCEVILLE, GEORGIA 30046

Peter LUBLIN
3145 AVALON RIDGE PL
STE 100
PEACHTREE CORNERS, GA 30071

JUDGE ERIC K. DUNAWAY
135 CENTRAL AVE SW
T-4955
ATLANTA, GEORGIA 30303

JUDGE STEVEN D. GRIMBERG
75 TED TURNER DR SW
COURT ROOM 1706
ATLANTA, GEORGIA 30303