UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SWB
SEP 11 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Tara Lewanna Abdullah
Plaintiff,

v.

Case Number: 1:26-CV-0350-SEG

PENNY MAC LOAN SERVICE, LLC, et al
RUBIN LUBLIN, LLC,
Eric K. Dunaway, and
Steve D. Grimberg
Defendants

DECLARATION OF TARA LEWANNA ABDULLAH

State of Georgia
Fulton County

I, Tara Lewanna Abdullah (Plaintiff) in this subject matter in the above style case files this Declaration of Civil Rights Violations with the Clerk of this Court on 9/11/26 in living woman Capacity. I have reached the age of the majority (over 21 years of age). I have not be been declared physically or mentally incompetent legally or other with principle place of resicdence located in Fulton County Georgia. This Declaration is made in good faith and good good cause. I Declare the following:

1. This court divested my Civil

Rights to Due Process according to the United States Constitution Bill of Rights and Amendments thereof (5th Amendment) and that of the Georgia Constitution Article 1 section 1 by issuing its order date 9/3/26 (See Attachment) [Docket #17] whereas I did not have a day in court or an opportunity to be heard accordingly. Additionally this Court order was unfair, bias, and violates 28 U.S.C 455 et seq. After a Judge recuses himself it can only perform ministerial acts in its

ministerial Capacity. Here Judge Grimberg recused himself and proceeded to further act in this subject matter without Authority and jurisdiction over this subject matter accordingly. whereas the rulings on Docket #'s 9, 10, 13, and 15 are void on it's face due to granting recusal on MOTION FOR Recussal Docket # 16 filed with this Court on 7/17/26. I do not agree with this Court decision in part except for the Recussal of Judge Steven D. Grimberg in this subject matter.

I certify under Penalty of perjury that this Declaration is true to the best of my knowledge.

[signature]

Tara Lewanna Abdullah

# Georgia Notarial Certificate

**State of Georgia**
**County of Dekalb**

Acknowledgement for an Individual acting within his own right:

This Declaration was acknowledged before me

this 11 day of September 2026

by [illegible]

_____ Personally known to me as

X Produced Identification

Type and # of ID US Passport 645057233

I Witness my hand and official seal.

Notary Public [signature]

My commission expires: 10·07·2028

Notary Public, State of Georgia

[Seal]

ROBERT LOWIE
NOTARY
EXPIRES
GEORGIA
10-07-2028
PUBLIC
DEKALB COUNTY

Respectfully Submitted this 11th day of September 2026.

[signature]
Tara Lewanna Abdullah
911 Moreland Ave SE
Atlanta, Georgia 30316
Tabdu007@yahoo.com
404-964-3421.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARA LEWANNA ABDULLAH,<br>Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC, *et al.*,<br>Defendants. | Civil Action No.<br>1:26-cv-00350-SDG |

**ORDER**

This case is before the Court on Plaintiff Tara Lewanna Abdullah's motion for the recusal of undersigned from this case [ECF 16]. Under 28 U.S.C. § 455(b)(5)(i), a judge "shall . . . disqualify himself" where he "[i]s a party to the proceeding." Undersigned is named as a Defendant in this case, and therefore recusal is appropriate. Accordingly, Abdullah's motion for recusal [ECF 16] is **GRANTED**. The undersigned hereby **RECUSES** himself from consideration of this action. The Clerk is **DIRECTED** to reassign this action to another United States District Court Judge in accordance with its procedures. However, the Clerk is further **DIRECTED** that the recusal of undersigned from this action shall not impact the assignment to undersigned of other cases filed by Abdullah, now or in the future.

Abdullah's complaint remains pending for a frivolity determination under 28 U.S.C. § 1915(e)(2). Accordingly, her pending motions [ECFs 9, 10, 13, 15] are **DENIED without prejudice**. Abdullah may renew her motions, if not moot, at the appropriate time.

**SO ORDERED** this 3rd day of September, 2026.

Steven D. Grimberg
United States District Judge

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Tara Lewanna Abdullah
Plaintiff,

v. Case Number: 1:26-CV-0350

PENNYMAC LOAN SERVICE, LLC, et al
RUBIN LUBLIN, LLC
Eric K. Dunaway and
Steven D. Grimberg.

CERTIFICATE of Service

I certify that I have provided a copy of the foregoing Declartion of Tara Lewanna Abdullah to all parties on 9/11/26 by deposit with the USPS with 1st class postage affixed.

* Distribution List attached *

# DISTRIBUTION LIST

CORPORATION SERVICES
Registered Agent for
PENNYMACL LOAN SERVICES, LLC
289 S. CULVER ST
LAWRENCEVILLE, GEORGIA 30046

`Peter LUBLIN
3145 AVALON RIDGE PL
STE 100
PEACHTREE CORNERS, GA 30071

JUDGE ERIC K. DUNAWAY
135 CENTRAL AVE SW
T-4955
ATLANTA, GEORGIA 30303

JUDGE STEVEN D. GRIMBERG
75 TED TURNER DR SW
COURT ROOM 1706
ATLANTA, GEORGIA 30303

Respectfully Submitted 9th day September 2026.

[signature]

Tara Lewanna Abdullah
911 Moreland Ave SE
Atlanta, Georgia 30316
Tabdu007@yahoo.com
404-964-3421