UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 14 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Tara Lewanna Abdullah
Plaintiff,
Pro-se

v. Case Number: 1:26-CV-0350 (SEG)

PENNYMAC LOAN SERVICE, LLC, et al,
RUBIN LUBLIN, LLC
Eric K. Dunaway
Steven D. Grimberg
Defendants

PLAINTIFF'S NOTICE OF VIOLATIONS OF 28 U.S.C.§455, CANON 3(C)(1) DOCKET #17

Plaintiff, Tara Lewanna Abdullah now notices this Court that former subject Judge (Steven D. Grimberg) violated 28 U.S.C§455, and Canon 3(C)(1) on 9/3/26 after issuing its order of Recusal from the above style case. The former subject Judge proceeded to act other than in its ministerial capacity

only. whereas Judge Grimberg issued orders on pending motions Dockets#9, 10, 13, and 15 post divesting his authority and jusidiction of the case and subject matter. Addition the former Judge asserted rights post-recusal (within the same order) to retain rights over Plaintiff's pending cases now and in the future, the order in-part violates 28 U.S.C.§455 and Canon 3(C)(1). I do not agree with this court's decision whereas, it is unfair, bias, unclear, and under mines the Code of Conduct for United States Judges and 28 U.S.C.§455. Its "incredible" that the former subject Judge would intenionally and willfully

violate these cited Codes knowingly all Orders issued post recusal are VOID on it's face under the 28 USC§455 et. seq. This Court's docket has been disrupted and caused confussion among parties by the order issued.

Respectfully Submitted this 14th day of September 2026.

Tara Lewanna Abdullah
911 Moreland Ave SE
Atlanta, Georgia 30316
Tabdu007@yahoo.com
404-964-3421

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARA LEWANNA ABDULLAH,<br>Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC, *et al.*,<br>Defendants. | Civil Action No.<br>1:26-cv-00350-SDG |

**ORDER**

This case is before the Court on Plaintiff Tara Lewanna Abdullah's motion for the recusal of undersigned from this case [ECF 16]. Under 28 U.S.C. § 455(b)(5)(i), a judge "shall . . . disqualify himself" where he "[i]s a party to the proceeding." Undersigned is named as a Defendant in this case, and therefore recusal is appropriate. Accordingly, Abdullah's motion for recusal [ECF 16] is **GRANTED**. The undersigned hereby **RECUSES** himself from consideration of this action. The Clerk is **DIRECTED** to reassign this action to another United States District Court Judge in accordance with its procedures. However, the Clerk is further **DIRECTED** that the recusal of undersigned from this action shall not impact the assignment to undersigned of other cases filed by Abdullah, now or in the future.

Abdullah's complaint remains pending for a frivolity determination under 28 U.S.C. § 1915(e)(2). Accordingly, her pending motions [ECFs 9, 10, 13, 15] are **DENIED without prejudice**. Abdullah may renew her motions, if not moot, at the appropriate time.

**SO ORDERED** this 3rd day of September, 2026.

Steven D. Grimberg
United States District Judge

# Certificate of Service

I certify that a true copy of the foregoing: Plaintiffs Notice of violations of 28 U.S.C.§ 455 and Canon 3(C)(1) Docket #17 has been provided to all parties on 9/14/26. by deposit with the USPS with 1st class postage affixed, addressed to the following:

* See attached Distribution LIST *

Date: 9/14/26

[signature]

Tara Lewanna Abdullah
911 Moreland Ave SE
Atlanta, Georgia 30316
Tabdu007@yahoo.com
404-964-3421

# DISTRIBUTION LIST

CORPORATION SERVICES
Registered Agent for
PENNYMACL LOAN SERVICES, LLC
289 S. CULVER ST
LAWRENCEVILLE, GEORGIA 30046

Peter LUBLIN
3145 AVALON RIDGE PL
STE 100
PEACHTREE CORNERS, GA 30071

JUDGE ERIC K. DUNAWAY
135 CENTRAL AVE SW
T-4955
ATLANTA, GEORGIA 30303

JUDGE STEVEN D. GRIMBERG
75 TED TURNER DR SW
COURT ROOM 1706
ATLANTA, GEORGIA 30303